# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ALEJANDRO LOPEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>GOLDEN NUGGET CASINO,<br><br>        Defendant. | 2:17-cv-01712-RFB-VCF<br>**ORDER** |

Before the Court is Alejandro Lopez v. Golden Nugget Casino, case no. 2:17-cv-01712-RFB-VCF. Plaintiff has filed a Motion for Discovery Scheduling Order (ECF No. 20).

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 AM, January 26, 2018, in Courtroom 3D.

DATED this 11th day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE