# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ALEJANDRO LOPEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>GOLDEN NUGGET CASINO,<br><br>        Defendant. | 2:17-cv-01712-RFB-VCF<br>**ORDER** |

    Before the Court is Plaintiff's Motion for Discovery Scheduling Order (ECF No. 20).

    Accordingly,

    IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion for Discovery Scheduling Order (ECF No. 20) is scheduled for 11:00 AM, March 14, 2018, in Courtroom 3D. Plaintiff is ordered to appear telephonically.

    IT IS SO ORDERED.

    DATED this 28th day of February, 2018.

                                                                                        CAM FERENBACH<br>                                                                                      UNITED STATES MAGISTRATE JUDGE