# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

ALEJANDRO LOPEZ,

        Plaintiff,

vs.

GOLDEN NUGGET CASINO,

        Defendant.

2:17-cv-01712-RFB-VCF
**ORDER TO PRODUCE**

TO: NEVADA DEPARTMENT OF CORRECTIONS; and
TO: WARDEN OF HIGH DESERT STATE PRISON,
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

THE COURT HEREBY FINDS that **Alejandro Lopez**, **Inmate No. 1046453**, is presently in custody of High Desert State Prison, 22010 Cold Creek Rd., Indian Springs, Nevada 89070.

IT IS HEREBY ORDERED that the Warden of High Desert State Prison, or his designee, shall transport and produce **Alejandro Lopez**, **Inmate No. 1046453**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on **October 29, 2019, at the hour of 2:00 p.m., in LV Courtroom 3D,** to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said, **Alejandro Lopez**, **Inmate No. 1046453**, is released and discharged by the said Court; and that the said

**Alejandro Lopez**, **Inmate No. 1046453**, shall thereafter be returned to the custody of the Warden of High Desert State Prison, under safe and secure conduct.

DATED this 25th day of September, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE